THE STATE EX REL. THOMAS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Thomas v. Indus. Comm.* (1998), 83 Ohio St.3d 389.]

(No. 97–1015—Submitted August 19, 1998—Decided October 14, 1998.)

*Elliott, Heller, Maas, Moro & Magill Co., L.P.A.,* and *C. Douglas Ames,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Laurel Blum Mazorow,* Assistant Attorney General, for appellee.

———

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.